1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN ALLEN HUNDT,<br><br>  Defendant. | CASE NO. CR24-048<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant's Unopposed Motion to Continue Trial Date & Pretrial Motions Deadline. Dkt. No. 25. Being fully advised, the Court GRANTS the motion, finding that, for the reasons outlined in Defendant's motion, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny Defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE - 1

IT IS THEREFORE ORDERED that the trial is continued to **June 23, 2025**, and the pretrial motions deadline shall be **May 26, 2025**.

IT IS FURTHER ORDERED that the period of delay from the filing of Defendant's motion until the new trial date is excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

Dated this 23rd day of October, 2024.

Jamal N. Whitehead
United States District Judge